Dismissed and Opinion filed May 8, 2003









Dismissed and Opinion filed May 8, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-02-01361-CV

____________

 

CACTUS
WOODWORKS, INC., Appellant

 

V.

 

JEFFREY
W. EDENS, Appellee

 



 

On Appeal from the 157th District Court

Harris
County, Texas

Trial
Court Cause No.  01-02413

 



 

M
E M O R A N D U M   O P I N I O N

This is an appeal from a judgment
signed July 1, 2002.

On April 28, 2003, the parties filed a joint motion to
dismiss the appeal because the case has been settled.  See Tex.
R. App. P. 42.1.  The motion is
granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Opinion
filed May 8, 2003.

Panel consists of Justices Anderson,
Seymore, and Guzman.